# United States District Court
## Northern District of Illinois
Eastern Division

Gardner

v.

Streamwood Behavioral

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 4575

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that summary judgment is entered in favor of Defendant and against Plaintiff, Ara Gardner. Case terminated.

DOCKETED

SEP 3 0 2004

Michael W. Dobbins, Clerk of Court

Date: 9/30/2004

Rhonda Johnson, Deputy Clerk